UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PT PUKUAFU INDAH, PT LEBONG
TANDAI, PT TANJUNG SERA PUNG,
GIDEON MINERALS U.S.A., INC.,
and DR. LEONARD L.J. YOUNG,

      Plaintiffs,

v.                                      Case No. 09-10943
                                       Honorable Patrick J. Duggan

UNITED STATES SECURITIES &
EXCHANGE COMMISSION, MARY
J. SCHAPIRO, THE EXPORT IMPORT
BANK OF THE UNITED STATES, FRED P.
HOCHBERG, JP MORGAN CHASE & CO.,
NEWMONT MINING CORP., GOLDMAN
SACHS GROUP, INC.,
PRICEWATERHOUSECOOPERS, LLC,
JAMES NELSON LANE, DEVONWOOD
CAPITAL PARTNERS, LLC, and
NEW CANAAN SOCIETY,

      Defendants.
_____/

## JUDGMENT

     Plaintiffs initiated this action against Defendants on March 13, 2009.  On May 1, 2009, Plaintiffs filed an amended complaint and, on May 12, 2009, they filed a second amended complaint.  Defendant Newmont Mining Corporation then filed a motion to dismiss for lack of personal jurisdiction, which this Court granted in an opinion and order entered July 15, 2009.  The remaining Defendants subsequently filed motions to dismiss Plaintiffs' second amended complaint, which this Court granted in an opinion and order entered on this date.  The Court also denied Plaintiffs' motion for leave to file a third

amended complaint on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' second amended complaint is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is entered in favor of Defendants and against Plaintiffs.

DATE:October 6, 2009              s/PATRICK J. DUGGAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record